UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No: 4:18-CR-58-2H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| NICOLLETTE MEGAN SAVAGE, ) | |
| Defendant. ) | |

Defendant is in the custody of the United States Marshal. Defense counsel having advised the court that Defendant is in need of medical attention and has an upcoming surgical consultation scheduled, it is hereby ORDERED that the United States Marshal, or his designee, shall transport Defendant to Vidant VMG Neurosurgery, 2325 Stantonsburg Rd., Greenville, North Carolina, on January 17, 2019, to arrive no later than 9:20 a.m. for her appointment with Dr. Regis Hoppenot.

This 7th day of January 2019.

_____
KIMBERLY A. SWANK
United States Magistrate Judge