UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Nicollette Megan Savage**  Docket No. 4:18-CR-58-2H

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Nicollette Megan Savage, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute a Quantity of Heroin, 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), and Possession With Intent to Distribute a Quantity of Heroin and Aiding and Abetting, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C), and 18 U.S.C. § 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 12, 2019, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Nicollette Megan Savage was released from custody on September 10, 2020, at which time the term of supervised release commenced.

On September 25, 2020, a Violation Report was submitted to the court after the defendant tested positive for cocaine use on September 15, 2020. In response to this violation, the court agreed to continue supervision, and the defendant was enrolled in substance abuse treatment at East Coast Counseling in Greenville, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant tested positive for cocaine use on December 9, 2020. When confronted, the defendant acknowledged the validity of the result and signed an admission of drug use statement. In response, the defendant received a verbal reprimand for her drug use, and she will continue to report for substance abuse treatment at East Coast Counseling. As a sanction, we are recommending Savage be required to adhere to a curfew with electronic monitoring for a period of 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to her residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Nicollette Megan Savage
Docket No. 4:18-CR-58-2H
Petition for Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: December 15, 2020 |

## ORDER OF THE COURT

Considered and ordered this __16th__ day of __December__, 2020, and ordered filed and made a part of the records in the above case.

_/s/ Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge